**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7184**

TITO LEMONT KNOX,

Petitioner - Appellant,

v.

JEFFREY KRUEGER,

Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Timothy M. Cain, District Judge.  (0:23-cv-02811-TMC)

Submitted:  March 28, 2024                                    Decided:  April 2, 2023

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tito Lemont Knox, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tito Lemont Knox appeals the district court's November 8, 2023, text order denying Knox's appeal of the magistrate judge's order directing that Knox's 28 U.S.C. § 2241 petition be re-docketed as a motion for discharge under 18 U.S.C. § 4247(h) and administratively closing the underlying case. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Knox's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the appealed-from text order. We deny Knox's motion for copies of the grand jury minutes, as supplemented, and deny as moot Knox's motion to expedite resolution of this appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2